THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE GRAMERCY COMPANY, Appellant, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent.

*People ex rel. Gramercy Co.* v. *Roberts*, 91 Hun, 146, affirmed.
(Argued February 27, 1899; decided March 14, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the third judicial department, entered January 13, 1896, affirming on certiorari a determination of the state comptroller in assessing a franchise tax against relator.

*Fisher A. Baker* for appellant.

*John C. Davies, Attorney-General,* and *G. D. B. Hasbrouck, Deputy Attorney-General,* for respondent.

Judgment and order affirmed on opinion below, with costs. All concur, except O'BRIEN, J., dissenting.